**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent

v.

Robert Mathis, Appellant.

Appellate Case No. 2011-187426

Appeal From Cherokee County
Roger L. Couch, Special Circuit Court Judge

Unpublished Opinion No. 2012-UP-524
Submitted August 1, 2012 – Filed September 12, 2012

**DISMISSED**

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

J. Benjamin Aplin, of the South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

**PER CURIAM:**  Robert Mathis appeals his probation revocation, arguing the probation revocation hearing was too summary in nature.  After a thorough review of the record and counsel's brief pursuant to *Anders v. California*, 386 U.S. 738

(1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**DISMISSED.**

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.